# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| PERCY RUCKER, | Case No. 3:13-cv-1559-RS |
|---|---|
| Plaintiff(s), | [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING RULING BY MDL PANEL** |
| v. | |
| HOWMEDICA OSTEONICS CORP. d/b/a STRYKER ORTHOPAEDICS, | |
| Defendant(s). | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

After consideration of Plaintiff Percy Rucker and Defendant Howmedica Osteonics Corp (sued as Howmedica Osteonics Corp. d/b/a Stryker Orthopaedics)'s Joint Stipulation to Stay Proceedings Pending Ruling by MDL Panel, and good cause appearing, it is hereby ordered that the Joint Stipulation is **GRANTED**. All proceedings in this action are hereby stayed and all current deadlines are vacated pending the Judicial Panel on Multidistrict Litigation's decision on the pending transfer request.

**IT IS SO ORDERED.**

Dated: 5/7/13

_____
The Honorable Richard Seeborg

**1**